UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA,

       - against -                    ORDER

RICHARD KNAUER,                  MJ 2007-1193(MDG)

              Defendant.

- - - - - - - - - - - - - - - - - - -X

    Having reviewed defendant's sentencing memorandum, this Court finds that the imposition of a fine is warranted under the facts of this case. A fine in the amount of $275.00 is due no later than September 30, 2009.

Dated:    Brooklyn, New York
          August 10, 2009

                                      /s/
                                      MARILYN DOLAN GO
                                      UNITED STATES MAGISTRATE JUDGE